Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54972.**—Ashear Bros., Inc., et al. *v.* United States, protests 145279–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54973.**—Isaac B. Cohen & Sons Corp. et al. *v.* United States, protests 151646–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54974.**—Manhattan Vintage Corp. *v.* United States, protest 156009–K (New York).

Opinion by JOHNSON, J.   From an examination of the papers in the case, the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct.   The protest was therefore overruled.

**No. 54975.**—The Bowater Paper Company, Inc. *v.* United States, protest 157942–K (New York).

Opinion by JOHNSON, J.   From an examination of the papers in the case, the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct.   The protest was therefore overruled.

**No. 54976.**—C. Schoenfeld *v.* United States, protest 162395–K (New York).

Opinion by JOHNSON, J.   From an examination of the papers in the case, the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct.   The protest was therefore overruled.

**No. 54977.**—American Oak Preserving Co. et al. *v.* United States, protests 157237–K, etc. (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, DECEMBER 14, 1950

**No. 54978.**—Max Stern & Co., Inc., et al. *v.* United States, protests 155718–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those

the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54979.**—S. Nathan & Co., Inc., et al. v. United States, protests 156514–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54980.**—A. Diagonale & Sons, Inc. v. United States, protest 162960–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54981.**—John J. Ward v. United States, protest 163871–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is similar in all material respects to that the subject of *Roovers Bros., Inc.* v. *United States* (23 Cust. Ct. 53, C. D. 1190). The claim of the plaintiff was therefore sustained.

**No. 54982.**—John V. Carr & Son, Inc. v. United States, protests 112934–K, 113682–K, and 114371–K (Detroit).

Opinion by COLE, J. In accordance with stipulation of counsel that the merchandise consists of selenium dioxide the same in all material respects as the substance passed upon in *John V. Carr & Son, Inc.* v. *United States* (25 Cust. Ct. 77, C. D. 1267), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 14, 1950

**No. 54983.**—Jean R. Graef, Inc., et al. v. United States, protests 112175–K, etc. (New York).